**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7284**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

REGINALD JEROME STOWE,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CR-96-46, CA-98-238-3-V)

---

Submitted:  February 21, 2002          Decided:  March 4, 2002

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Reginald Jerome Stowe, Appellant Pro Se. Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Jerome Stowe appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Stowe, Nos. CR-96-46; CA-98-238-3-V (W.D.N.C. filed May 30, 2001, entered June 21, 2001; filed July 9, 2001, entered July 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED